**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| WILLIE JAMES NEWMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL VAGNINI, | ) | Case No. 2:15-cv-01363-JPS |
| JEFFREY CLINE and | ) | |
| PAUL MARTINEZ | ) | Judge J. P. Stadtmueller |
| | ) | |
| Defendants. | ) | Jury Demand |

**PETITION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The plaintiff, Willie James Newman, by his attorney, Ronald Bornstein, respectfully petitions this Court for a writ to secure the appearance of the following individual, who is believed to be confined at the Milwaukee County Jail, for the following judicial proceeding:

| | |
|---|---|
| Defendant: | Carlando A. Mukes, DOC No. 00266061, DOB xx/xx/1980 |
| Proceeding: | Trial – Willie James Newman v. Michael Vagnini, et al.<br>Civil Action No. 2:15-cv-01363 |
| Date/Time: | November 22, 2016 at 8:30 a.m. |
| Before: | Hon. J. P. Stadtmueller<br>517 East Wisconsin Avenue, Room 425<br>Milwaukee, Wisconsin |

Respectfully submitted this 14th day of November, 2016.

s/ Ronald Bornstein
Ronald Bornstein (SBN 1005019)
Counsel for Plaintiff
Bornstein Law Offices, S.C.
735 North Water Street-Suite 516
Milwaukee, Wisconsin 53202-4104
(414) 271-1600
Fax: (414) 271-3679
Email: blosc@execpc.com

**ORDER**

Upon the foregoing petition, IT IS HEREBY ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Testificandum as requested:

Dated at Milwaukee, Wisconsin, this ________ day of November, 2016.