# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WILLIE JAMES NEWMAN,

                Plaintiff,

v.

MICHAEL VAGNINI, JEFFREY CLINE,
and PAUL MARTINEZ,

                Defendants.

Case No. 15-CV-1363-JPS

## SPECIAL VERDICT

We, the jury, duly impaneled and sworn, for our special verdict in the above-entitled action, find as follows:

### CLAIM NO. 1
### UNREASONABLE SEARCH AGAINST MICHAEL VAGNINI

***Question No. 1:***     (see Part II, Section 1 of the Jury Instructions):

Did Michael Vagnini conduct a search of Willie Newman in an unreasonable manner?

        Answer:     <u>Yes</u>
                    (Yes/No)

***Question No. 2:***     (see Part II, Section 1 and Section 3.1 of the Jury Instructions):

**Note: Answer this question *if, and only if,* you answered "Yes" to Question No. 1.**

What amount of money, if any, do you award to fairly and reasonably compensate Willie Newman for being unreasonably searched by Michael Vagnini?

        Answer:     $ <u>*150,000*</u>
                      (Amount)

## CLAIM NO. 2
### FAILURE TO INTERVENE AGAINST JEFFREY CLINE AS TO SEARCH OF WILLIE NEWMAN BY MICHAEL VAGNINI

***Question No. 3:***    (see Part II, Section 2 of the Jury Instructions):

> **Note: Answer this question *if, and only if,* you answered "Yes" to Question No. 1.**

Did Jeffrey Cline know that Michael Vagnini was conducting an unreasonable search of Willie Newman?

Answer:   <u>Yes</u>

(Yes/No)

***Question No. 4:***    (see Part II, Section 2 of the Jury Instructions):

> **Note: Answer this question *if, and only if,* you answered "Yes" to Question No. 3.**

Did Jeffrey Cline have a realistic opportunity to prevent an unreasonable search of Willie Newman by Michael Vagnini?

Answer:   <u>Yes</u>

(Yes/No)

***Question No. 5:***    (see Part II, Section 2 of the Jury Instructions):

> **Note: Answer this question *if, and only if,* you answered "Yes" to Question No. 4.**

Did Jeffrey Cline fail to take reasonable steps to prevent injury to Willie Newman by Michael Vagnini?

Answer:   <u>Yes</u>

(Yes/No)

*Question No. 6:*     (see Part II, Section 2 and Section 3.1 of the Jury Instructions):

**Note: Answer this question *if, and only if,* you answered "Yes" to Question No. 3, Question No. 4, and Question No. 5. *If* you answered "No" to *any* of those three questions, *then* you should not answer this question.**

What amount of money, if any, do you award to fairly and reasonably compensate Willie Newman for Jeffrey Cline's failure to intervene to prevent Michael Vagnini's unreasonable search?

Answer:     $ *60,000*
(Amount)

## CLAIM NO. 3
### FAILURE TO INTERVENE AGAINST PAUL MARTINEZ AS TO SEARCH OF WILLIE NEWMAN BY MICHAEL VAGNINI

*Question No. 7:*     (see Part II, Section 2 of the Jury Instructions):

**Note: Answer this question *if, and only if,* you answered "Yes" to Question No. 1.**

Did Paul Martinez know that Michael Vagnini was conducting an unreasonable search of Willie Newman?

Answer:     *Yes*
(Yes/No)

*Question No. 8:*     (see Part II, Section 2 of the Jury Instructions):

**Note: Answer this question *if, and only if,* you answered "Yes" to Question No. 7.**

Did Paul Martinez have a realistic opportunity to prevent an unreasonable search of Willie Newman by Michael Vagnini?

Answer:     *Yes*
(Yes/No)

*Question No. 9:*     (see Part II, Section 2 of the Jury Instructions):

> **Note: Answer this question *if, and only if*, you answered "Yes" to Question No. 8.**

> Did Paul Martinez fail to take reasonable steps to prevent injury to Willie Newman by Michael Vagnini?

> > Answer:     <u>*Yes*</u>
> > (Yes/No)

*Question No. 10:*    (see Part II, Section 2 and Section 3.1 of the Jury Instructions):

> **Note: Answer this question *if, and only if*, you answered "Yes" to Question No. 7, Question No. 8, and Question No. 9. *If* you answered "No" to *any* of those three questions, *then* you should not answer this question.**

> What amount of money, if any, do you award to fairly and reasonably compensate Willie Newman for Paul Martinez's failure to intervene to prevent Michael Vagnini's unreasonable search?

> > Answer:     $ <u>*60,000*</u>
> > (Amount)

### PUNITIVE DAMAGES AGAINST MICHAEL VAGNINI

*Question No. 11:*    (see Part II, Section 3.2 of the Jury Instructions):

> **Note: You should answer this question *if, and only if*, you answered "Yes" to Question No. 1.**

> Was the conduct of Michael Vagnini malicious or in reckless disregard of Willie Newman's rights?

> > Answer:     <u>*Yes*</u>
> > (Yes/No)

*Question No. 12:*    (see Part II, Section 3.2 of the Jury Instructions):

> **Note: You should answer this question *if, and only if,* you answered "Yes" to Question No. 11.**

What amount of money, if any, do you award against Michael Vagnini as punitive damages?

Answer:    $ <u>1,125,000</u>
(Amount)

**PUNITIVE DAMAGES AGAINST JEFFREY CLINE**

*Question No. 13:*    (see Part II, Section 3.2 of the Jury Instructions):

> **Note: You should answer this question *if, and only if,* you answered "Yes" to Question No. 3, Question No. 4, and Question No. 5.**

Was the conduct of Jeffrey Cline malicious or in reckless disregard of Willie Newman's rights?

Answer:    <u>Yes</u>
(Yes/No)

*Question No. 14:*    (see Part II, Section 3.2 of the Jury Instructions):

> **Note: You should answer this question *if, and only if,* you answered "Yes" to Question No. 13.**

What amount of money, if any, do you award against Jeffrey Cline as punitive damages?

Answer:    $ <u>200,000</u>
(Amount)

## PUNITIVE DAMAGES AGAINST PAUL MARTINEZ

*Question No. 15:*    (see Part II, Section 3.2 of the Jury Instructions):

> **Note: You should answer this question *if, and only if,* you answered "Yes" to Question No. 7, Question No. 8, and Question No. 9.**

Was the conduct of Paul Martinez malicious or in reckless disregard of Willie Newman's rights?

> Answer:    <u>Yes</u>
> (Yes/No)

*Question No. 16:*    (see Part II, Section 3.2 of the Jury Instructions):

> **Note: You should answer this question *if, and only if,* you answered "Yes" to Question No. 15.**

What amount of money, if any, do you award against Paul Martinez as punitive damages?

> Answer:    $ <u>400,000</u>
> (Amount)

Dated at Milwaukee, Wisconsin, this <u>23rd</u> day of November, 2016.

*Robert G. Denkert*
Foreperson