# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TYRONE D. ARDS,

                    Plaintiff,

v.

CHRISTOPHER DE LA VEGA,

                    Defendant.

Case No. 15-CV-1293-JPS

**SPECIAL VERDICT**

We, the jury, duly impaneled and sworn, for our verdict in the above-entitled action, find as follows:

**Question No. 1:**    *(see Part II, Section 1 of the Jury Instructions)*

Did the defendant violate the plaintiff's constitutional rights by using excessive force against him on December 7, 2014?

Answer: __NO__
(Yes or No)

**Question No. 2:**    *(see Part II, Section 2.1 of the Jury Instructions)*

If you answered "Yes" to Question 1, then you must answer this question, otherwise do not answer it and stop here.

Do you find that the plaintiff is entitled to an award of compensatory damages against the defendant?

Answer: _____
(Yes or No)

**Question No. 3:** *(see Part II, Section 2.1 of the Jury Instructions)*

If you answered "Yes" to Question 2 above, then you must answer this question, otherwise do not answer it.

Identify the amount that will fairly and reasonably compensate the plaintiff for his injuries.

Answer: $_____

**Question No. 4:** *(see Part II, Section 2.2 of the Jury Instructions)*

If you answered "Yes" to Question 2 and you awarded compensatory damages in any amount in Question 3, then you must answer this question, otherwise do not answer it.

Do you find that the plaintiff is entitled to an award of punitive damages against the defendant?

Answer: _____
(Yes or No)

**Question No. 5:** *(see Part II, Section 2.2 of the Jury Instructions)*

If you answered "Yes" to Question 4 above, then you must answer this question, otherwise do not answer it.

Identify the amount to be awarded for punitive damages.

Answer: $_____

Dated at Milwaukee, Wisconsin this 12th BWB day of December, 2016.

*Brian Belt*
Foreperson