# Bornstein Law Offices, S.C.

735 North Water Street, Suite 516
Milwaukee, Wisconsin 53202-4104
(414) 271-1600
Fax: (414) 271-3679
Email: blosc@execpc.com

Ronald Bornstein
 Court Commissioner
 Also Admitted to Practice in California

Shelly Aiello
Legal Assistant

December 20, 2016

The Honorable J. P. Stadtmueller
United States Courthouse-Room 471
517 East Wisconsin Avenue
Milwaukee WI 53202

Re:   Willie James Newman v. Michael Vagnini, et al.
      United State District Court Case No. 15-cv-01363

Dear Judge Stadtmueller:

This letter advises that plaintiff takes no position regarding defendants' motion to extend time to file its post-trial motions until January 11, 2017.

Thank you very much.

Very truly yours,

s/Ronald Bornstein

Ronald Bornstein
Attorney at Law

cs