GRANT F. LANGLEY
City Attorney

MIRIAM R. HORWITZ
ADAM B. STEPHENS
MARY L. SCHANNING
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

STUART S. MUKAMAL
JOHN J. HEINEN
SUSAN E. LAPPEN
JAN A. SMOKOWICZ
PATRICIA A. FRICKER
HEIDI WICK SPOERL
GREGG C. HAGOPIAN
ELLEN H. TANGEN
JAY A. UNORA
KATHRYN Z. BLOCK
KEVIN P. SULLIVAN
THOMAS D. MILLER
ROBIN A. PEDERSON
JEREMY R. MCKENZIE
PETER J. BLOCK
NICHOLAS P. DESIATO
JOANNA FRACZEK
JENNY YUAN
KAIL J. DECKER
ALLISON N. FLANAGAN
PATRICK J. LEIGL
HEATHER H. HOUGH
ANDREA J. FOWLER
PATRICK J. MCCLAIN
NAOMI E. GEHLING
CALVIN V. FERMIN
BENJAMIN J. ROOVERS
ELLENY B. CHRISTOPOULOS
RACHEL S. KENNEDY
TYRONE M. ST. JUNIOR
HANNAH R. JAHN
Assistant City Attorneys

July 28, 2017

Mr. Stephen C. Dries, Clerk
United States District Court–
   Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

    **Re:**   *Newman v. Vagnini, et al.*
           Case No.: 15CV1363

Dear Mr. Dries:

The parties engaged in a mediation process, and reached a settlement agreement in this case. Consistent with the terms of that settlement agreement, the parties have stipulated to vacate the jury verdict, and dismiss this case in its entirety. To that end, I enclosed the signed stipulation, and proposed order for the Court. Accordingly, we request the Court sign the order, and enter same in the court record. Thank you for your attention to the above.

Very truly yours,


s/Susan E. Lappen
Assistant City Attorney

SEL/cdr

Enclosure

1032-2015-2891/241406

