# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIE JAMES NEWMAN,<br><br>                       Plaintiff,<br>v.<br><br>MICHAEL VAGNINI, JEFFREY CLINE, and PAUL MARTINEZ,<br><br>                      Defendants. | Case No. 15-CV-1363-JPS<br><br>**ORDER** |

On July 28, 2017, the parties filed a stipulation, pursuant to their mediation and resultant settlement, that the Court should vacate the jury's verdict in this matter and dismiss the action with prejudice. (Docket #112). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #112) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that the jury's November 23, 2016 verdict (Docket #62) be and the same is hereby **VACATED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED** with prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 1st day of August, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge